UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re: :
  :
DA NOI HOSPITALITY, LLC : Case No.  25-00371-ELG
  : Chapter 11
Debtor. :

## EMERGENCY MOTION FOR EX PARTE RELIEF UNDER BANKRUPTCY RULE 9037 TO RESTRICT PUBLIC ACCESS

Come now Da Noi Hospitality, LLC, the Debtor-in-Possession (the "Debtor"), by and through counsel, Law Office of Steven H.Greenfeld, LLC, and requests that this Court enter an Order under Bankruptcy Rule 9037(a), and as reasons therefore states:

1.  On October 20, 2025, the Debtor filed a Motion for Authority to Pay Pre-petition payroll claims (ECF #23) .

2.  As an exhibit to the Motion, counsel attached a detailed list of employees and their wage claims, but also included personally identifiable information.

4.  The personally identifiable information should have been redacted but was not.

5.  Counsel has filed an amended motion with a fully redacted copy of the Payroll (ECF #26).

6.  Accordingly, the Debtor and his counsel respectfully request that this Court authorize and direct the clerk's office to disable public access to the initial Motion.

7.  The relief requested herein is authorized under Bankruptcy Rule 9037 as well as under §§105 and 107 of the Bankruptcy Code.  Rule 9037 grants the court the power, for cause, to "require the redaction of additional personal information" or to limit or prohibit a nonparty's

remote electronic access to a document filed with the court."

Wherefore, the Debtor prays that this Court direct the Clerk of the Court to immediately disable public access to ECF #23 and to grant such other and further relief as is just and necessary.

        Respectfully submitted,

        LAW OFFICE OF
        STEVEN H. GREENFELD, LLC

        By: */s/ Steven H. Greenfeld*
          Steven H. Greenfeld
          325 Ellington Blvd, #619
          Gaithersburg, MD 20878
          (301) 881-8300
          steveng@cohenbaldinger.com

Law Office of Steven H. Greenfeld, LLC
325 Ellington Blvd, #610
Gaithersburg, MD 20878
(301) 881-8300
steveng@cohenbaldinger.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion and a copy of the proposed Order, will be served electronically via the Court's CM/ECF system on the following:

    Michael Freeman, Esq.
      *Office of the U.S. Trustee*

I HEREBY FURTHER CERTIFY that on the 23rd day of October 2025, a copy of the forgoing Motion, along with a copy of the proposed Order was also mailed, first class mail, postage prepaid to: (NONE)

      */s/ Steven H. Greenfeld*
      Steven H. Greenfeld

```
Law Office of Steven H. Greenfeld, LLC
325 Ellington Blvd, #610
Gaithersburg, MD 20878
(301) 881-8300
steveng@cohenbaldinger.com
```