IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **DA NOI HOSPITALITY, LLC** ) | Case No. 25-00371 - ELG |
| ) | Chapter 11 |
| Debtor. ) | |

**5KCONNAVE, LLC'S OBJECTION TO DEBTOR'S EMERGENCY MOTION
TO EXTEND TIME TO ASSUME UNEXPIRED LEASE**

COMES NOW 5KCONNAVE, LLC ("5KCONN"), by counsel, and hereby objects to Debtor Da Noi Hospitality, LLC's ("Debtor") Emergency Motion to Extend Time to Assume Unexpired Lease:

1. Debtor and 5KCONN are parties to a certain commercial Lease Agreement (the "Lease") for the premises located at 5014 Connecticut Avenue, N.W., Washington, DC (the "Premises").

2. Prior to Debtor's filing of its Petition, 5KCONN filed a Complaint for Possession of the Premises against Debtor in the Landlord and Tenant Branch of the District of Columbia Superior Court (*5KCONNAVE, LLC v. Da Noi Hospitality, LLC*, Case No. 2025-LTB-006637) (the "L&T Litigation") due to Debtor's failure to pay Rent and other amounts owed under the Lease, through June 2025, in the amount of $159,069.71. The L&T Litigation is now stayed. Through the date hereof, Debtor is indebted to 5KCONN in the amount of $208,202.58 for such unpaid Rent and other Lease charges, which sum includes $13,136.81 in unpaid post-petition Rent (the "Cure Amount").

3. 5KCONN disputes Debtor's claim that the parties have engaged in negotiations for the payment of the Cure Amount owed under the Lease. To the contrary, counsel for 5KCONN has

made it clear to Debtor's counsel that 5KCONN is not interested in entering into any payment plan for the Cure Amount, that the full Cure Amount must be paid at the time of any assumption of the Lease and that 5KCONN does not agree to extend the time for Debtor to assume or reject the parties' Lease.

4. Pursuant to 11 U.S.C. § 365(d)(4)(B), the Court may extend the time for Debtor to assume or reject the Lease "for cause." Here, Debtor's Motion is devoid of any "cause" that would justify the extension of the time to assume or reject the Lease. Debtor's claim that the parties have engaged in negotiations to resolve the Cure Amount is incorrect. There have not been any such negotiations and 5KCONN has advised Debtor's counsel that 5KCONN would not agree to any payment plan of the amounts owed under the Lease. Debtor has moved for an extension of time to decide whether or not to assume or reject the Lease based on its claim that it "is need of additional time to continue" negotiations with 5KCONN regarding its payment of the Cure Amount. However, no additional time is needed as there have been no such negotiations and 5KCONN will not agree to any payment plan for the Cure Amount. Therefore, there is nothing to "negotiate."

5. Furthermore, the Premises represents Debtor's sole location. Debtor has had four (4) months to decide whether it intends to assume or reject its only Lease Agreement. Debtor's inability to pay the full Cure Amount upon any assumption of the Lease and/or its desire to enter into a payment plan agreement with its unwilling landlord do not constitute "cause" to extend the time for Debtor to assume or reject the Lease. No other "cause" has been asserted by Debtor in support of its motion to extend the time to assume or reject the Lease.

6. Finally, Debtor has not articulated any reason why this Motion was filed as an "emergency."

2

Upon consideration of the foregoing, 5KCONNAVE, LLC respectfully requests that the Court deny Debtor Da Noi Hospitality, LLC's Emergency Motion to Extend Time to Assume Unexpired Lease, that the Court deem the parties' Lease Agreement as rejected and for such other relief as the Court may deem proper and just.

Dated: 01/23/26                                     Respectfully submitted,

**ALBERT & SCHULWOLF, LLC**

By:     /s/Andrew B. Schulwolf
       Andrew B. Schulwolf, DC #446644
       110 North Washington Street
       Suite 300
       Rockville, Maryland 20850
       (301) 519-1919 (office)
       (301) 519-9222 (fax)
       andrew@albertandschulwolf.com
       Counsel for 5KCONNAVE, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of 5KCONNAVE, LLC's Objection to Debtor's Emergency Motion to Extend Time to Assume Unexpired Lease was served via the Court's ECF filing system on the 23rd day of January 2026 to the following:

      Steven H. Greenfeld, Esq. (also via email on 01/22/26)
      325 Ellington Blvd.
      Suite No. 610
      Gaithersburg, Maryland 20878
      Counsel for Debtor

      Office of the United States Trustee (Region 4)
      Attn: Kristen S. Eustis, Esq.
          Michael T. Freeman, Esq.

and to all other persons who have registered to receive electronic notices from the Court in this case.

      /s/Andrew B. Schulwolf
      Andrew B. Schulwolf